839 A.2d 849

IN THE MATTER OF CAROLYN E. ARCH, AN ATTORNEY AT LAW (ATTORNEY NO. 219801965).

January 8, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–114, concluding that **CAROLYN E. ARCH** of **NEWARK**, who was admitted to the bar of this State in 1965, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.15 (negligent misappropriation of client funds), *RPC* 1.15(d) (failure to maintain records as required by *Rule* 1:21–6), *RPC* 8.1(a) (knowingly making a false statement of material fact), and *Rule* 1:21–6 (attorney recordkeeping);

And the Disciplinary Review Board having further concluded that respondent should be required to practice under supervision for a period of one year;

And respondent having failed to appear on the return date of the Order to Show Cause issued in this matter;

And respondent having sought and received two extensions of time to file a brief in this matter and thereafter having failed to file a brief;

And the Court having determined that a term of suspension is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **CAROLYN E. ARCH** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective February 5, 2004; and it is further

ORDERED that on reinstatement to practice, respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.